Argued and submitted January 22, conviction affirmed, sentence
vacated and caused remanded for resentencing April 19, 1982

STATE OF OREGON,
*Respondent,*
*v.*
CALVIN LLOYD MACY,
*Appellant.*

(No. 27992, CA A21157)

643 P2d 877

Ernest E. Estes, Deputy Public Defender, Salem, argued
the cause for appellant. With him on the brief was Gary D.
Babcock, Public Defender, Salem.

Robert E. Barton, Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Dave Frohnmayer, Attorney General, and William F.
Gary, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Richardson and
Warden, Judges.

PER CURIAM

## PER CURIAM

The judgment of conviction is affirmed. However, because the trial court imposed the statutory minimum sentence of 25 years pursuant to ORS 163.115(5), the sentence is vacated and the cause remanded for resentencing. *State v. Shumway,* 291 Or 153, 630 P2d 796 (1981).